UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

PATRICIA M. EGAN-ALFORD,

                Plaintiff,     2:09-CV-04838 JS-WDW

    -against-

MEDTRONIC, INC., MEDTRONIC PUERTO RICO,
INC., and MEDTRONIC PUERTO RICO
OPERATIONS CO., LAWRENCE DURBAN, M.D.,
ST. FRANCIS HOSPITAL, ANASTASIOS
MINARIS, M.D., STEVEN GREENBERG, M.D.,
SOUTH BAY CARDIOLOGY ASSOCIATES, P.C.,
and DAVID L. BROWN, M.D.,

                Defendants.

----------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between each of the attorneys for the respective parties to this action as follows:

    1. This action was removed from the Supreme Court of the State of New York, County of Suffolk, State Court Index #24639/09, by defendants Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co. ("The Medtronic defendants") by Notice of Removal filed November 6, 2009.

    2. All claims against the Medtronic defendants have now been discontinued.

    3. There is no diversity of citizenship between the remaining parties or other grounds for jurisdiction in the United States District Court.

4. The remaining parties to this action therefore consent to the remand of this action from the United States District Court to the Supreme Court of the State of New York, County of Suffolk and respectfully request that this Court remand this action in accordance with this Stipulation.

Dated: March 6, 2012

_____
THOMAS P. VALET, ESQ.
RHEINGOLD, VALET, RHEINGOLD,
McCARTNEY & GIUFFRA LLP
Attorneys for Plaintiff
113 E. 37th Street
New York, New York  10016
Tel.(212) 684-1880

_____
COLLEEN NUGENT HARBERT, ESQ.
GEISLER & GABRIELE, LLP
Attorneys for Defendants
Lawrence Durban, M.D. and
Steven Greenberg, M.D.
100 Quentin Roosevelt Blvd.
Garden City, New York 11530
Tel. (516) 542 1000

_____
ERIC B. BETRON, ESQ.
KELLY, RODE & KELLY, LLP
Attorneys for Defendant
David L. Brown, M.D.
330 Old Country Road,
Ste. 305
Mineola, New York 11501
Tel. (516)739 0400

_____
JULIO VASQUEZ, ESQ.
SANTANGELO & SLATTERY
Attorneys for Defendants
St. Francis Hospital,
South Bay Cardiology and
Anastasios Minaris, M.D.
1800 Northern Blvd.
Roslyn, New York 11576
Tel. (516)775 2236

The clerk of the court is directed to remand this action to the New York State Supreme Court, Suffolk County and mark this matter closed.

Ordered:

/s/ JOANNA SEYBERT
_____
~~Hon. William D. Wall~~
Joanna Seybert, U.S.D.J.

Dated: April 20, 2012
Central Islip, NY